## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | | |
|---|---|---|
| NUTRIEN AG SOLUTIONS, INC., | * | |
| Plaintiff, | * | |
| vs. | * | Civil Case Number: 5:22-cv-75 |
| ANTHONY SCOTT BRAXTON, | * | |
| Defendant. | * | |

## COMPLAINT

COMES NOW Plaintiff, Nutrien Ag Solutions, Inc., formerly known as Crop Production Services, Inc. ("Nutrien" or "Plaintiff"), and files its Complaint, alleging against Defendant Anthony Scott Braxton ("Braxton" or "Defendant") as follows:

### PARTIES

1. Nutrien is a Delaware corporation with its principal place of business in Loveland, Colorado. Thus, Nutrien is a citizen of Delaware and Colorado. Nutrien was previously known as Crop Production Services, Inc.

2. Braxton is an adult citizen of Vernon, Washington County, Florida.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of costs and interest, and because there exists complete diversity of citizenship between Plaintiff and Defendant.

4.   Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the Defendant resides in this judicial district and because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

**FACTS**

5.   Braxton executed the Promissory Note attached hereto as Exhibit A (the "Note") in favor of Nutrien in connection with a settlement agreement between Braxton and Nutrien of Nutrien's claims against Braxton in the litigation styled *Nutrien Ag Solutions, Inc. v. Anthony Scott Braxton*, Case No. CV-2018-198, in the United States District Court for the Northern District of Florida, Panama City Division (the "litigation").

6.   Pursuant to the Note, Braxton promised and agreed to pay to Nutrien $205,000.00 in increments according to a payment schedule.

7.   Braxton has defaulted under the Note by failing to make payments when due.

8.   Braxton defaulted on March 1, 2020 when he failed to make the payment of $40,000.00 that was due on or before that date.

9.   Nutrien has exercised its right to accelerate all amounts owed under the Note.

10.  The principal amount of $143,843.28 is due and owing by Braxton to Nutrien. Further, pursuant to the Note, Braxton is obligated to pay to Nutrien interest on the unpaid balance, from the time of Braxton's default on March 1, 2020, in the amount of 18% *per annum* or the maximum allowed under applicable law.  Nutrien is also entitled to payment of its reasonable costs and expenses incurred to enforce this Note, including reasonable attorney's fees.

11.  The total balance owed by Braxton to Nutrien as of April 13, 2022 is $175,494.96, excluding attorney's fees and other costs and expenses incurred to enforce the Note, all of which are owed and which continue to accrue.

## COUNT 1 - BREACH OF PROMISSORY NOTE

12. Nutrien incorporates and realleges the preceding paragraphs as if fully set forth herein.

13. Braxton executed the Note to settle Nutrien's claims against him in the litigation.

14. As set forth above, Braxton has breached the Note by failing to make the required payments.

15. Nutrien has been damaged as a consequence of Braxton's breach of contract.

16. All conditions precedent to the filing of this action have occurred or been waived.

WHEREFORE, the premises considered, Nutrien demands judgment against Braxton in the amount of $175,494.96, plus interest and costs and expenses, including attorney's fees.

Respectfully submitted,

*/s/ J. Blair Newman, Jr.*
RICHARD M. GAAL (GAALR3999)
rgaal@mcdowellknight.com
J. BLAIR NEWMAN, JR. (NEWMJ8590)
bnewman@mcdowellknight.com
*Attorneys for Plaintiff*

OF COUNSEL:
MCDOWELL KNIGHT ROEDDER
 & SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama 36602
(251) 432-5300
(251) 432-5303 (fax)

## CERTIFICATE OF SERVICE

**PLAINTIFF WILL SERVE THE DEFENDANT VIA PROCESS SERVER AT THE FOLLOWING ADDRESS:**

Anthony Scott Braxton
2891 Highway 277
Vernon, FL 32462

                                                    */s/ J. Blair Newman, Jr.*