# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**NUTRIEN AG SOLUTIONS INC,**

    **Plaintiff,**

v.                                           Case No. 5:22-cv-75-AW-MJF

**ANTHONY SCOTT BRAXTON,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

Plaintiff has filed a notice of voluntary dismissal with prejudice. ECF No. 5. The notice is effective without an order. See Fed. R. Civ. P. 41(a)(1)(A)(i); *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) ("It is well established that Rule 41(a)(1)(i) grants a plaintiff an unconditional right to dismiss his complaint by notice and without an order of the court at any time prior to the defendant's service of an answer or a motion for summary judgment."). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on May 18, 2022.

                                                    s/ *Allen Winsor*
                                                    United States District Judge